UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF TRUSTEES,<br>NATIONAL SHOPMEN PENSION FUND,<br><br>        Plaintiffs,<br><br>v.<br><br>FULFAB, INC.<br><br>        Defendant. | Civil Action No. 1:08-cv-616 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, by and through counsel, hereby voluntarily dismisses the above-captioned case, without prejudice, pursuant to Fed.R.Civ.P. 41(a)(2).

Respectfully submitted,

Dated: May 2, 2008

/s/ Marc H. Rifkind
Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC   20036
202-797-8700  (Telephone)
202-234-8231  (Facsimile)

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that on this 2nd day of May, 2008, a copy of the foregoing Plaintiffs' Notice of Dismissal Without Prejudice was served via first-class mail, postage prepaid, upon the following:

>Jeffrey B. Plum, President
>Fulfab, Inc.
>1525 Whipple Avenue S.W.
>Canton, Ohio 44710

>/s/ Marc H. Rifkind
>Marc H. Rifkind, Esq.

107207v1